No. 76–6440.  PADUANO v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 76–6479.  POLK v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 76–6496.  YBARRA v. NEVADA STATE EMPLOYEES FEDERAL CREDIT UNION.  Sup. Ct. Nev.  Certiorari denied.

No. 76–6522.  LONDON v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 76–6530.  WRIGHT v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 76–6533.  MILLER v. ESTELLE, CORRECTIONS DIRECTOR.
C. A. 5th Cir.  Certiorari denied.

No. 76–6536.  GREATHOUSE v. UNITED STATES.  C. A. 8th
Cir.  Certiorari denied.

No. 76–6545.  BYRD v. VIRGINIA.  Sup. Ct. Va.  Certiorari
denied.

No. 76–6568.  McGHEE v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 76–6570.  WILLIAMS v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 76–6572.  BACKERT, AKA TALLENT v. WALKER, WARDEN.
Sup. Ct. La.  Certiorari denied.

No. 76–6573.  BUSH v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 76–6581.  WENSTROM ET AL. v. ILLINOIS.  App. Ct.
Ill., 2d Dist.  Certiorari denied.